UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RUBY M. HOLIDAY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:05-CR-204-BR |
| NEW HANOVER COUNTY REGISTRAR | ) | |
| OF DEEDS, REBECCA TUCKER SMITH, | ) | |
| in her individual capacity, and in her | ) | |
| Capacity as New Hanover County Registrar | ) | |
| of Deeds, and New Hanover County, | ) | |
|     Defendants. | ) | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant, New Hanover County's motion to dismiss is allowed and that the defendant, New Hanover County Registrar of Deeds, Rebecca Tucker Smith, in her individual capacity and in her capacity as New Hanover County Registrar of Deeds' motion for summary judgment is ALLOWED and this case is DISMISSED.

<u>**This Judgment Filed and Entered on AUGUST 28, 2007 and Copies To:**</u>

**Angela Newell Gray**
Gray Newell, LLP
8 West Third St.
Suite 100A
Winston-Salem, NC 27101

**James R. Morgan, Jr.**
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth St.
Winston-Salem, NC 27101

**Mark Allen Davis**
North Carolina Department of Justice
Special Litigation
P. O. Box 629
Raleigh, NC 27602-0629


**Mary Nell Craven**
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth St.
Winston-Salem, NC 27101


August 28, 2007 /s/ DENNIS P. IAVARONE, Clerk